1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  BRYAN L. HAWKINS (SB #238346)
   bryan.hawkins@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  916.447.0700
5  Facsimile:  916.447.4781

6  Attorneys for
   U.S. Bank National Association, as Trustee,
7  Successor in Interest to Bank of America, National
   Association as Trustee as Successor by Merger to
8  LaSalle Bank National Association as Trustee for
   WAMU Mortgage Pass Through Certificates Series
9  WAMU 2005-AR3

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  JAY HOON SHIN; HYSOOK SHIN, | CASE NO. 3:18-cv-02143-MEJ |
| 14        Plaintiffs, | **NOTICE OF APPEARANCE OF STOEL RIVES, LLP ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES WAMU 2005-AR3** |
| 15        v. | |
| 16  WASHINGTON MUTUAL BANK, F.A. JPMORGAN CHASE BANK; ALL | |
| 17  PERSONS AND ENTITIES UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE | |
| 18  RIGHT, TITLE, ESTATE OR INTEREST IN THE REAL PROPERTY THAT IS | |
| 19  DESCRIBED IN THIS COMPLAINT ADVERSE TO PLAINTIFF SHIN'S TITLE, | |
| 20  OR ANY CLOUD ON PLAINTIFF SHIN'S TITLE THERETO; DOES 1 to 10, | |
| 21  INCLUSIVE | |
| 22        Defendants. | |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Thomas A. Woods and Bryan L. Hawkins of Stoel Rives, LLP, hereby enter their appearance in the above-captioned matter as counsel of record on behalf of U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Trustee as Successor by Merger to LaSalle Bank National Association as Trustee for WAMU Mortgage Pass Through Certificates Series WAMU 2005-AR3. This notice will be followed by a formal application to intervene in this matter.

DATED: April 25, 2018                    STOEL RIVES LLP


By: /s/Bryan L. Hawkins
THOMAS A. WOODS
BRYAN L. HAWKINS
Attorneys for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Trustee as Successor by Merger to LaSalle Bank National Association as Trustee for WAMU Mortgage Pass Through Certificates Series WAMU 2005-AR3

**DECLARATION OF SERVICE**

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City and County of San Francisco and my business address is Three Embarcadero Center, Suite 1120, San Francisco, California 94111.

On April 25, 2018, at San Francisco, California, I served the attached document(s):

NOTICE OF APPEARANCE OF STOEL RIVES, LLP ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES WAMU 2005-AR3

on the following parties:

Jay Hoon Shin     *Pro Se Plaintiffs*
Hyesook Shin
18980 Mount Lassen Drive
Castro Valley Drive
Castro Valley, CA 94552

☒ **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, Three Embarcadero Center, Suite 1120, San Francisco, California 94111, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

☐ **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

☐ **BY EMAIL:** On the date written above, I emailed a copy of the attached documents to the addressee, as shown on the service list.

☐ **BY OVERNIGHT MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for overnight delivery. In the ordinary course of business, correspondence would be deposited in a box or other facility regularly maintained by the express service carrier or delivered to it by the carrier's authorized courier on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and overnight delivery at the offices of Stoel Rives LLP, Three Embarcadero Center, Suite 1120, San Francisco, California 94111, a copy of the attached document in a sealed envelope, with delivery fees prepaid or provided for, addressed as shown on the service list.

☒ **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 25, 2018, at San Francisco, California.

Sharon R. Witkin