# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAY HOON SHIN, ET AL.,**<br>Plaintiffs**,**<br>vs.<br>**WASHINGTON MUTUAL BANK, F.A., ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-02143-YGR<br><br>**ORDER AND JUDGMENT**<br>Re: Dkt. No. 41 |

On September 19, 2018, the Court dismissed with prejudice all claims against JP Morgan Chase Bank, N.A. ("Chase") and intervenor-defendant U.S. Bank National Association, as trustee, successor in interest to Bank of America, National Association, as trustee as successor by merger to LaSalle Bank National Association, as trustee for WAMU Mortgage pass-through certificates, series WAMU 2005-AR3 ("U.S. Bank"). (Dkt. No. 40.) The Court hereby **GRANTS** Chase's pending motion for entry of judgment (Dkt. No. 41) and **ENTERS** judgment pursuant to Federal Rule of Civil Procedure 58(d) as to both Chase and U.S. Bank.[1]

This Order terminates Docket Number 41.

**IT IS SO ORDERED.**

Dated: November 8, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] In light of the Court's ruling, the hearing on Chase's motion set for November 13, 2018 is **VACATED**.